IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-02433-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 1-4, 6-10,

    Defendants.

## ORDER

In accordance with Plaintiff's Notice of Voluntary Dismissal With Prejudice of Defendant John Doe 7 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed on January 2, 2016 (ECF No. 14), it is

ORDERED that Defendant John Doe 7 is **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.

Dated:  January 5, 2016

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge