IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-02433-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

   Plaintiff,

v.

JOHN DOES 2-4, 6, 9-10,

   Defendants.

## ORDER

In accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Defendants John Doe 3 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed on February 24, 2016 (ECF No. 18), it is

ORDERED that Defendant John Doe 3 is **DISMISSED WITHOUT PREJUDICE** and shall hereafter be taken off the caption.

   Dated:  February 24, 2016

                            BY THE COURT:


                            s/ Wiley Y. Daniel
                            Wiley Y. Daniel
                            Senior United States District Judge