IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-02433-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

      Plaintiff,

v.

JOHN DOES 2, 4, 6, 9-10,

      Defendants.

---

## ORDER

---

In accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice of

Defendants John Doe 4, Defendant John Doe 6, and Defendant John Doe 9 Pursuant to

Fed. R. Civ. P. 41(a)(1)(A)(i) filed on April 7, 2016 (ECF No. 26), it is

ORDERED that Defendants John Doe 4, 6, and 9 are **DISMISSED WITHOUT**

**PREJUDICE** and shall hereafter be taken off the caption.

Dated:  April 7, 2016

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Senior United States District Judge