IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-02433-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 2, 10,

    Defendants.

## ORDER

In accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Defendants John Doe 10 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed on April 27, 2016 (ECF No. 28), it is

ORDERED that Defendant John Doe 10 is **DISMISSED WITHOUT PREJUDICE** and shall hereafter be taken off the caption.

Dated:  April 28, 2016

                      BY THE COURT:

                      s/ Wiley Y. Daniel
                      Wiley Y. Daniel
                      Senior United States District Judge